**FILED**
January 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>v.  )<br>  )<br>TANEKA RAENEE NUNLEY,  )<br>  )<br>          Defendant.  ) | Case No. 2:08-MJ-00037-KJM-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TANEKA RAENEE NUNLEY</u>, Case No. <u>2:08-MJ-00037-KJM-1</u>, Charge <u>Title 21 USC § 856 (a)(2)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_    Release on Personal Recognizance

✓   Bail Posted in the Sum of $ <u>50K</u>

✓   Unsecured Appearance Bond

\_    Appearance Bond with 10% Deposit

\_    Appearance Bond with Surety

\_    Corporate Surety Bail Bond

✓   (Other)   <u>Previous conditions as well as additional conditions</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 31, 2008</u> at <u>3:50</u> pm.

By   _____
**GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge